U.S. States District Court For the District of Maryland

Bas Tysion El

&

Success Is Yours

VS.

CASE: PWG 16CV0497

Woodmont Properties

&

Parkland Shopping Center ; Carter Smith

## Complaint

In this case, the Defendants have defrauded ledgers and have breach contractual terms in regards to fulfilling lease with regards to allowance and revenue deposits being released.

On or around November 1st 2014 the tenant known as the above Plaintiff entered into a lease with the list above Defendants. The lease disclosed & addendums to lease was agreed by both parties. Since that time the Defendant has neglected to uphold in good faith and be accountable for some major repairs that have cost the Plaintiff large some of revenue and incurred expenses.

### COUNT I

### Breach Of Lease in Releasing Deposit

There is a disclosed of revenue on the lease in the amount of $7,000 the Defendant is to release to Plaintiff. To the known facts the deposit was never released and still being held in Defendant possession.

### COUNT II

### Fraud and Extortion on Ledger

The Defendant altered the dates in receiving rent to cause untimely payments intentionally exemplifying lack of integrity and character. In addition the Defendant never paid the allowance upon agreed terms which caused additional incurred charges and late fees to the Plaintiff.

## COUNT III

### False Charges and Fees

Premises only has one working water meter on premises since inception and has had numerous complaints that the third billing companies they use have erroneous charges which have had to be credit on numerous occasions.

## COUNT IV

### Emotional Distress

The Defendant has caused a great deal of emotional distress and trauma. The Defendant has not fixed any of the items requested since the inception of the lease. There are numerous emails and filings that show proof the information was received to fix repairs. During the winter months it has been almost a temperature of 27 degrees in facility I advised the Defendant and to no avail this issue still was not addressed properly.

## COUNT V

### Negligence

The Defendant has been made aware of the birds flying my building. In addition to the broken glass and framing around premises. In addition to the roof leaking and it was raining in my building for two weeks which as a result mold is all throughout back premises. No heat in areas that at times reach below freezing. In the winter no heat in the summer no air units are faulty and need replacing. This information was passed on to the Defendant by previously lease holders.

## COUNT VI

### Intentional Harm & Erroneous Charges

The Defendant withheld the allowance and deposit with full knowledge this will cause hardship based on email I produce ad will enter as evidence. The Defendant also knew of an existing school that it will be some concerns arose based on a previous tenant that filed a suit that was in the same adjacent space. The Defendant keeps adding items on a ledger in having full knowledge these charges are erroneous and inflated.

There are certain things that just don't add up. I am seeking intervention of this fine Court to take jurisdiction over all disputes of the above mentioned parties.

Moreover, fraud in the inducement is a subspecies of fraud. Therefore due to the fraud encompasses, amount other things, theories of fraudulent misrepresentation, fraudulent concealment, and fraudulent inducement. Iverson V. Johnson Gas Appliance Co 172 F3d 524,529 (8th cir. 1999)or see wedeman . City Chevrolet Co. 278MD 524 529 (1976)

A promise made to induce another to execute a contract, which the promisor made to induce another to execute a contract which the promisor never intended to perform, may create liability for fraud. A false promise, not intended to be performed but made to trick and deceive another into execution of a written instrument is fraud ID. At 150

I as the Plaintiff sought and will prove fraud and ask for a jury to decide if all the counts listed above are accurate and true.

Seeking in total damages $175,000 to include attorney fees and late fees and incurred cost because of Defendant Negligence. In addition to all of the above add to claim six months added rent abatement due to emotional distress & trauma since inception of these pleadings.

Relief of past charges and a zero balanced ledger. In closing Defendant to repair all promised items as it regards to space and improvements.

Respectfully Submitted,

*Bas Tysion El*

Bas Tysion El